UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| PATRICIA LEWIS, | : | |
| Plaintiff, | : | 23-CV-5412 (JMF) |
| -v- | : | ORDER TO TRANSFER |
| NATIONSTAR MORTGAGE LLC D/B/A/ CHAMPION MORTGAGE COMPANY, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 27, 2023, the Court ordered Plaintiff Patricia Lewis to show cause why this action should not be transferred to the Eastern District of New York. *See* ECF No. 4. Plaintiff's response repeats the allegations in her complaint but does not provide any facts or arguments opposing transfer to the Eastern District of New York. *See* ECF No. 6.

Accordingly, for the reasons explained in the Court's June 27, 2023 Order, this case is hereby TRANSFERRED to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). Any pending motions and deadlines in this Court are moot. All conferences are canceled.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to transfer this case to the United States District Court for the Eastern District of New York forthwith.

SO ORDERED.

Dated: July 26, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge